[No. 34104-9-I.   Division One.   October 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAL HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-04199-5, R. Joseph Wesley, J., entered January 28, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34163-4-I.   Division One.   October 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES K. MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04250-3, Jim Bates, J., entered February 1, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34346-7-I.   Division One.   October 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER TALAGA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-05855-3, Mary Wicks Brucker, J., entered March 15, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 34513-3-I.   Division One.   October 9, 1995.]

THOMAS YAKAVONIS, *Appellant*, v. SONJA TILTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-08465-1, Michael Spearman, J., entered April 1, 1994. *Reversed* by unpublished opinion per Becker, J., concurred in by Coleman, J., and Forrest, J. Pro Tem.